Fred D. Smith et al., Respondents, *v.* American Automobile Fire Insurance Company, Defendant, and American Automobile Insurance Company, Appellant.

Argued May 28, 1937; decided June 11, 1937.

*Harold B. Epp* for appellant.
*Sol Rubin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN, J.